**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAULA CINELLI, | 2:10-cv-00225-HDM-RJJ |
| Plaintiff, | |
| | ORDER |
| vs. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

The defendant's motion for partial summary judgment is set for a telephonic hearing on March 3, 2011, at 1:30 p.m.  Prior to consideration of the motion the court *sua sponte* will consider whether at the time of removal of this action the amount in controversy met the jurisdictional threshold required to invoke diversity jurisdiction under 28 U.S.C. § 1332(a).

IT IS SO ORDERED.

DATED: This 1st day of March, 2011.

_Howard D M\*Kibben_
_____
UNITED STATES DISTRICT JUDGE